**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NADEZHDA KOROBOVA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **NADEZHDA KOROBOVA,** | No.   2:18-CV-02577-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 28, 2019.

This is a first extension based on plaintiff's counsel having to file other briefs first and also having to go out of town for a hearing.

Dated:   May 7, 2019                                                          /s/   *Jesse S. Kaplan*
                                                                                           JESSE S. KAPLAN
                                                                                           Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: May 7, 2019

   */s/ per e-mail authorization*
TINA NAICKER
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to May 28, 2019.

SO ORDERED.

Dated: May 10, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE