MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NADEZHDA KOROBOVA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02577-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from August 16, 2019 to **September 24, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel needs additional time, as counsel continues to experience chronic migraines, up to three per week, which included two hospital visits in the last month. In addition, Counsel also has over 100+ active social security matters, which require two or more dispositive motions until mid-September. Counsel also has three pending Ninth Circuit matters that requires several levels of review due in mid-August. As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further

stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 16, 2019 /s/ *Jesse Kaplan*
(*as authorized by email on August 15, 2019
JESSE KAPLAN
Attorney for Plaintiff

Dated: August 16, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: August 22, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE