MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NADEZHDA KOROBOVA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-02577-AC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from September 24, 2019 to **September 30, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) was out on intermittent family medical leave to care for her elderly mother, who had a major surgery on September 12, 2019. In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid-September, and three pending Ninth Circuit matters which require multiple levels of review, which are also due the same week as the current filing deadline for Defendant's response. Due to unanticipated leave and heavy caseload, Counsel needs additional time to adequately review the transcript and

properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

                                                Respectfully submitted,

Dated: September 24, 2019        /s/ *Jesse Kaplan*
                                          (*as authorized by email on September 23, 2019
                                          JESSE KAPLAN
                                          Attorney for Plaintiff

Dated: September 24, 2019        MCGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                               By    /s/ *Tina L. Naicker*
                                          TINA L. NAICKER
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: September 25, 2019              /s/ Allison Claire
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE