MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NADEZHDA KOROBOVA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02577-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from September 30, 2019 to **October 1, 2019**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) had a severe ocular migraine on the date of the current filing deadline and was unable to finalize Defendant's response. Due to unanticipated leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: September 30, 2019 /s/ *Jesse Kaplan*
(*as authorized by email on September 30, 2019
JESSE KAPLAN
Attorney for Plaintiff

Dated: September 30, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: October 1, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE