**JESSE S. KAPLAN CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA 95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NADEZHDA KOROBOVA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **NADEZHDA KOROBOVA,** | No. 2:18-CV-02577-AC |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** / | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to November 26, 2019.

This is a second request for extension, requesting two additional days. Plaintiff's counsel probably made a mistake in requesting the first one because, once again, it made two reply briefs due the same day. In the last six days, counsel filed or is filing today an opening brief in the

[Pleading Title] - 1

Ninth Circuit, then a reply brief, and today another reply brief and a motion that was essentially finished 10 days ago. Two more briefs must be filed before this one.

Dated: November 12, 2019 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: November 12, 2019 */s/ per e-mail authorization*
TINA NAICKER
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to November 26, 2019.

SO ORDERED.

Dated: November 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE