MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NADEZHDA KOROBOVA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-cv-02577-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT PURSUANT TO 28 U.S.C. § 2412(d).** |

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,800.00 as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.

**IT IS SO ORDERED.**

Dated: June 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE